

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00148-CV

---

FEDERAL INVESTORS SERVICING CORPORATION, APPELLANT

V.

HAPPY STATE BANK, APPELLEE

---

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 110844-A-CV, Honorable Dan L. Schaap, Presiding

---

No. 07-22-00373-CV

---

FOREMOST COUNTY MUTUAL INSURANCE COMPANY, APPELLANT

V.

HAPPY STATE BANK, APPELLEE

---

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 111302-A-CV, Honorable Dan L. Schaap, Presiding

---

December 20, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH,[1] JJ.

Centennial Bank f/k/a Happy State Bank, Appellee/Cross-Appellant in both of the above-styled cases, Federal Investors Servicing Corporation, Appellant/Cross-Appellee in cause No. 07-22-00148-CV, and Foremost County Mutual Insurance Company, Appellant/Cross-Appellee in cause No. 07-22-00373-CV have filed an agreed motion requesting dismissal of cause numbers 07-22-00148-CV and 07-22-00373-CV.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the judgments of the trial court in cause numbers 110,844-A-CV (07-22-00148-CV) and 111,302-A-CV (07-22-00373-CV) without regard to the merits of either case, and remand both cases to the trial court for rendition of a judgment in each according to the parties' agreement. The parties have not presented an agreement concerning costs; therefore, costs are taxed against the party incurring them.

Per Curiam

---

[1] Justice Alex Yarbrough, not participating.